PROB 12C
(6/16)

Report Date: June 7, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 07, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nicholas J. Kloepfel     Case Number: 0980 2:08CR00154-RMP-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Graham, Washington 98338

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: September 24, 2009

| | |
|---|---|
| Original Offense: | Count 3s: Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1); Count 6s: Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1); |
| Original Sentence: | Prison - 195 months     Type of Supervision: Supervised Release
TSR - 60 months |
| Asst. U.S. Attorney: | Patrick J. Cashman     Date Supervision Commenced: January 27, 2023 |
| Defense Attorney: | John Stephen Roberts, Jr.     Date Supervision Expires: January 26, 2028 |

## PETITIONING THE COURT

To issue a warrant.

On February 2, 2023, the offender's conditions of supervision were reviewed by his probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 1 by leaving the Western District of Washington, without the permission of his supervising officer.

On June 1, 2023, Mr. Kloepfel's supervising officer received information indicating the offender was in the Spokane area. |

Prob12C
Re: Kloepfel, Nicholas J.
June 7, 2023
Page 2

On June 5, 2023, the probation officer attempted to contact the offender at his residence; however, he was not present. Subsequently, the probation officer contacted Mr. Kloepfel via telephone, at which time the offender stated he was at a friend's residence in Renton, Washington. The officer informed the offender that he would meet him in Renton, Washington, at which time Mr. Kloepfel admitted that he was in Spokane, Washington. He did not obtain permission from his supervising officer to travel to the Eastern District of Washington.

2    **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 3 by failing to be truthful with the probation officer on or about June 5, 2023.

As previously noted, on June 5, 2023, the probation officer contacted the offender via telephone to inquire about his whereabouts. At that time, the offender indicated that he was at a friend's residence located in Renton, Washington. This statement was not truthful, as he later admitted that he was in Spokane, Washington. Subsequently, he was instructed to report to the U.S. Probation Office on June 6, 2023.

3    **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Special Condition #18:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2 and special condition number 18 by failing to report to the U.S. Probation Office for urinalysis testing on June 6, 2023.

On June 5, 2023, the probation officer instructed Mr. Kloepfel to report to the U.S. Probation Office in Tacoma, Washington, on June 6, 2023, to submit to urinalysis testing. The offender failed to report as instructed.

4    **Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or any paraphernalia related to any controlled substances, except as prescribed by a physician.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 7 by excessively using alcohol on or about June 5, 2023,

As previously noted, Mr. Kloepfel was instructed to report to the U.S. Probation Office in the Western District of Washington, on June 6, 2023. On that same date, he contacted the probation officer and indicated he had woken up late due to drinking "a lot" on or about June 5, 2023.

Prob12C
Re: Kloepfel, Nicholas J.
June 7, 2023
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 7, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Rosanna Malouf Peterson
Signature of Judicial Officer

6/7/2023
Date